UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLENN DONNELL PACK,

           Plaintiff,

v.

CTC EAST CHERRY HEALTH, *et al.*,

           Defendants.

_____/

Case No. 2:26-cv-12160

District Judge Susan K. DeClercq
Magistrate Judge Anthony P. Patti

## ORDER SEALING COMPLAINT (ECF NO. 1) AND DIRECTING PLAINTIFF TO REFILE

Plaintiff's complaint references an incident in which Plaintiff was accused of perpetrating a sexual assault while in the Federal Bureau of Prisons (BOP), in support of which he imbeds a BOP incident report into his complaint containing the name of the alleged victim/accuser.  Indeed, the alleged victim's name appears in several places in the complaint, and the Court cannot even be sure that it caught all such instances. (*See, e.g.*, ECF No. 1, PageID.6-7, 12.)  Due to privacy concerns, the Court **HEREBY SEALS** the complaint (ECF No. 1) in its entirety and **DIRECTS** Plaintiff to refile his complaint by **August 28, 2026** after removing all references to the name of the alleged victim/accuser.

        **IT IS SO ORDERED.**

1

Dated:  July 21, 2026

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE